FILED
07 NOV 29 PM 12: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury            07CR3238 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br> JUAN HERNAN LEMUS,              )<br>                                 )<br>           Defendant.            )<br>_____) | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(g)(1) and 924(a)(2) -<br>Felon in Possession of a Firearm<br>and Ammunition(Felony); Title 18,<br>U.S.C., Sec. 924(d) - Criminal<br>Forfeiture |

The grand jury charges:

On or about August 24, 2006, within the Southern District of California, defendant JUAN HERNAN LEMUS being a person who had previously been convicted in a court of a felony, to wit, in the Superior Court of California, County of Imperial, on or about August 11, 2002, in case number CF-8542, of accessory after the fact, in violation of California Penal Code Section 32, which crime is punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, in and affecting commerce, to wit, a loaded Sturm & Ruger pistol, Model P95DC, 9mm caliber,

//

//

RKJ:nlv(1):San Diego
11/29/07

serial number 312-62717 with nine (9) rounds of ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this indictment, defendant JUAN HERNAN LEMUS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense including, but not limited to the following: a loaded Sturm & Ruger pistol, Model P95DC, 9mm caliber, serial number 312-62717 with nine (9) rounds of ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

//
//
//
//
//
//
//
//
//
//

1  (e) has been commingled with other property which cannot be
2  divided without difficulty; it is the intent of the United States,
3  pursuant to Title 21, United States Code, Section 853(p) as
4  incorporated by Title 28, United States Code, Section 2461(c), to seek
5  forfeiture of any other property of said defendant up to the value of
6  the forfeitable property described above, including but not limited
7  to the following: a Sturm & Ruger pistol, Model P95DC, 9mm caliber,
8  serial number 312-62717 with nine (9) rounds of ammunition.
9  All pursuant to Title 18, United States Code, Section 924(d).
10  DATED: November 29, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
RANDY K. JONES
Assistant U.S. Attorney

3