# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

1417930

UNITED STATES OF AMERICA

v.

Juan Hernan Lemus

**WARRANT FOR ARREST**

CASE NUMBER: 07cr3238-WQH

FILED
DEC 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Juan Hernan Lemus

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

18 usc 922 (g)(1) and 924(a)(2) ; 18 usc 924 (d)

DATE 12/18/07
ARRESTED BY ATF Agent Hernandez
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Maua

RECEIVED 2007 NOV 29 PM 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title  See Above  United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

s/ Jeremy Paris
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

11/29/07 San Diego, CA
Date and Location

Bail fixed at $ No Bail   by   The Honorable Anthony Battaglia
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AUSA Randy Jones X
ATF  5654-

5212
Felon in Possession