MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA      VS      JUAN HERNAN LEMUS

___ Plaintiff   X Defendant   ___ Court   Type of Hearing: SUPPRESSION HEARING

Case Number: 07CR3238-WQH

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 4/02/08 | | E. LONGORIA'S REPORT |
| B | 4/02/08 | 4/02/08 | PHOTOCOPY OF PICTURE OF DEFTS FENCE |
| C | 4/02/08 | 4/02/08 | COLOR PHOTOGRAPH OF DEFTS BACKYARD |