UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3238-WQH |
|---|---|---|
| Plaintiff, | ) | **ORDER RE: FINGERPRINT EXPERT** |
| v. | ) | |
| **JUAN HERNAN LEMUS,** | ) | |
| Defendant. | ) | |

GOOD CAUSE appearing, the Court approves the defense request for CJA funds for retaining of fingerprint expert DiMeo at the rate of $175 per hour, not to exceed four hours, for a total of no more than $700.00 at this time.

SO ORDERED.

DATED: April 28, 2008

**WILLIAM Q. HAYES**
United States District Judge