UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr3238-WQH |
| Plaintiff, | ) | **ORDER RE: FINGERPRINT EXPERT** |
| v. | ) | |
| **JUAN HERNAN LEMUS,** | ) | |
| Defendant. | ) | |

GOOD CAUSE appearing, the Court orders the government to provide an opportunity for defense fingerprint examiner DiMeo to personally examine and conduct testing on the firearm and magazine seized in the above-captioned case. The exam and testing shall take place at the office of the United States Attorney in San Diego, and will be conducted in the presence of government agents. Before the examination, the government is ordered to provide the defense with copies of all fingerprint cards and testing materials used in its examination of the firearm and magazine, and copies of all reports and results of any government fingerprint studies done on the firearm and magazine.

SO ORDERED.

DATED: April 28, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge