KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant United States Attorney
California State Bar No. 141711
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5684
randy.jones2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3238-WQH |
| Plaintiff, | DATE: June 2, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| | **GOVERNMENT'S NOTICE OF MOTIONS AND MOTION IN LIMINE TO:** |
| JUAN HERNAN LEMUS, | |
| Defendant. | **1) ADMIT EXPERT TESTIMONY;** |
| | **2) ALLOW ATTORNEY CONDUCTED VOIR DIRE;** |
| | **3) ALLOW 404(B) AND 609 EVIDENCE** |
| | **4) PRECLUDE EVIDENCE OF LEMUS' GOOD BEHAVIOR; AND** |
| | **5) PRECLUDE DEFENDANT FROM MAKING REFERENCE TO FAMILY, HEALTH, AGE, FINANCES, EDUCATION OR POTENTIAL PUNISHMENT;** |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Randy K. Jones, Assistant United States Attorney, and hereby files its above-referenced motions in limine.

These motions in limine are based upon the instant motions in limine and notice of motions in limine, the attached statement of the case, statement of facts and memorandum of points and authorities,

///

///

///

///

the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

DATED: May 21, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

s/ Randy K. Jones

RANDY K. JONES
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: randy.jones2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 07CR3238-WQH |
| )  Plaintiff,    ) | |
| v.                          ) | CERTIFICATE OF SERVICE |
| )  JUAN HERNAN LEMUS,          ) | |
| )  Defendant.   ) | |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Motions and *in Limine* Motions, Statement of the Case, Statement of Facts and Memorandum of Points and Authorities in Support of Govenment's Motions in Limine on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.    Jeremy Warren**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.    None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2008

s/ RANDY K. JONES
RANDY K. JONES