KAREN P. HEWITT
United States Attorney
RANDY K. JONES
Assistant U.S. Attorney
California State Bar No. 141711
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5684/(619) 235-2757 (Fax)

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3238-WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO SHORTEN TIME** |
| JUAN HERNAN LEMUS, | ) |
| Defendant. | ) |

The Government requests an order shortening time to May 21, 2008 to file the attached Government's Motions in Limine.

The grounds for this application are as follows:

1. Government counsel was under the impression that defendant was going to plead guilty and was recently informed that the case would not be heading towards a plea.

DATED: May 21, 2008                    Respectfully submitted,

                                       KAREN P. HEWITT
                                       United States Attorney

                                       s/RANDY K. JONES

                                       RANDY K. JONES
                                       Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUAN HERNAN LEMUS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07CR3238-WQH <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION TO SHORTEN TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.     Jeremy Warren**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**1.     None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2008

                                              s/ RANDY K. JONES
                                              RANDY K. JONES